IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALEXANDER HAMILTON, | § | |
| | § | No. 334, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 2309012407 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: November 19, 2024
Decided: November 25, 2024

## <u>ORDER</u>

On October 22, 2024, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Alexander Hamilton, because he had not filed an opening brief by the October 3, 2024 deadline set by the Court. On October 31, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, to Hamilton directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. Hamilton received the notice, as evidenced by the return receipt filed with the Court on November 8, 2024. A timely response to the notice was due on or before November 18, 2024. To date, Hamilton has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

/s/ Abigail M. LeGrow
Justice